**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG 6431)
NH&S File No.: 30000338-341LCG



**07 CV 10587**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MITTAL STEEL NORTH AMERICA,

                    Plaintiff,

          -against-

M/V "FONTHIDA NAREE", her engines,
boilers, etc., WESTERN BULK SHIPPING ASA,
WESTERN BULK CARRIERS HOLDING ASA,
WESTERN BULK CARRIERS AS, and
PRECIOUS CITIES LTD.,

                    Defendants.
----------------------------------------------------------x

Case No.: 07 Civ.        (    )

**STATEMENT PURSUANT
TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate

judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record

for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries

or affiliates of that party which are publicly held:

          ArcelorMittal.

Dated: New York, New York
          November 26, 2007

                              Lawrence C. Glynn (LG 6431)