BLANK ROME LLP
Attorneys for Defendant
PRECIOUS CITIES, LTD.
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Thomas H. Belknap, Jr. (TB-3188)
Brian S. Tretter (BT-6037)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITTAL STEEL NORTH AMERICA., <br><br>                    Plaintiff, <br><br> -against- <br><br> M/V "FONTHIDA NAREE, her engines, boilers, etc., WESTERN BULK SHIPPING ASA, WESTERN BULK CARRIERS HOLDING ASA, WESTERN BULK CARRIERS AS, and PRECIOUS CITIES, LTD., <br><br>                    Defendants. | 07 Civ. 10587 (DLC) <br><br> ECF Case <br><br> **RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant PRECIOUS CITIES, LTD. certifies that, according to information provided to counsel by its clients, PRECIOUS CITIES, LTD., is not a publicly held corporation; however, its parent corporation, PRECIOUS SHIPPING PUBLIC COMPANY LIMITED (PSL) a company which is

- 2 -

publicly traded publicly traded in Thailand, owns more than 10% of its stock.

Dated: New York, New York
       February 12, 2008

                                                Respectfully Submitted,

                                                BLANK ROME LLP

                                                _____/s/_____
                                                Thomas H. Belknap, Jr. (TB-3188)
                                                Brian S. Tretter (BT-6037)
                                                Attorneys for Defendant
                                                PRECIOUS CITIES, LTD.
                                                405 Lexington Avenue
                                                New York, New York 10174
                                                (212) 885-5000