```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MITTAL STEEL NORTH AMERICA,                 07 CV 10587 (DLC)(KNF)

                                            ANSWER TO CROSS CLAIM
                          Plaintiff,        WITH AFFIRMATIVE
                                            DEFENSES
         -against-


M/V "FONTHIDA NAREE, her engines,
boilers, etc., WESTERN BULK SHIPPING
ASA, WESTERN BULK CARRIERS HOLDING ASA,
WESTERN BULK CARRIERS AS and PRECIOUS
CITIES LTD.,

                          Defendants.
------------------------------------------X
```

Defendants WESTERN BULK SHIPPING ASA, WESTERN BULK CARRIERS HOLDING ASA, and WESTERN BULK CARRIERS AS (answering defendants), by their attorneys MAHONEY & KEANE, LLP, answer the Cross-Claim of defendant PRECIOUS CITIES LTD. upon information and belief as follows:

FIRST: Answering defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "20", "23" and "24" of defendant PRECIOUS CITIES LTD.'s Cross-Claim.

SECOND: Answering defendants deny each and every allegation contained in paragraphs "21" and "22" of defendant PRECIOUS CITIES LTD.'S Cross-Claim.

AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

THIRD: Answering defendants repeat, reiterate and make applicable to defendant PRECIOUS CITIES LTD.'s Cross Claim each Separate and Complete Affirmative defense in their Answer to plaintiff's Complaint as if specifically set forth herein at length.

WHEREFORE, answering defendants demand judgment dismissing the Cross-Claim, and awarding to answering defendants costs, fees, including reasonable attorneys' fees and disbursements of this action, and further demand judgment for such other and further relief the Court may deem just and proper.

Dated: New York, N.Y.
February 11, 2008

                         MAHONEY & KEANE, LLP
                         Attorneys for Defendant

By: _____
     Garth S. Wolfson (GW 7700)
     111 Broadway, Tenth Floor
     New York, New York 10006
     (212) 385-1422
     File No.: 19/3521/B/08/1

TO: NICOLETTI HORNIGH & SWEENEY
     Attorneys for Plaintiff
     Wall Street Plaza
     88 Pine Street
     New York, NY 10005
     (212) 220-3830

     BLANK ROME LLP
     Attorneys for Defendant
     PRECIOUS CITIES, LTD.
     405 Lexington Avenue
     New York, NY 10174
     (212) 885-5000