BLANK ROME LLP
Attorneys for Defendant
PRECIOUS CITIES, LTD.
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Thomas H. Belknap, Jr. (TB-3188)
Brian S. Tretter (BT-6037)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITTAL STEEL NORTH AMERICA., <br><br>    Plaintiff, <br><br>    -against- <br><br>M/V "FONTHIDA NAREE, her engines, boilers, etc., WESTERN BULK SHIPPING ASA, WESTERN BULK CARRIERS HOLDING ASA, WESTERN BULK CARRIERS AS, and PRECIOUS CITIES, LTD., <br>      Defendants. | 07 Civ. 10587 (DLC) <br><br>ECF Case <br><br>**ANSWER TO CROSS CLAIM** |

   Defendant PRECIOUS CITIES, LTD. ( "PCL" or "Defendant"), by its attorneys Blank

Rome LLP, as and for its response to the Answer with Affirmative Defenses and Cross Claim of

Defendants  WESTERN BULK SHIPPING ASA, WESTERN BULK CARRIERS HOLDING

ASA, WESTERN BULK CARRIERS AS (collectively the "Western Bulk Defendants") dated

January 25, 2008 (the "Cross Claim"), alleges as follows:

   1.  PCL repeats and realleges each and every affirmative defense contained in its

Answer dated February 12, 2008 as if set forth herein in full.

   2.  Paragraphs 1 through 25 of the Cross Claim require no response from PCL, but to

the extent a response is required, denies the allegations contained therein.

   3.  Admits the allegations contained in paragraph 26 of Cross Claim.

4.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Cross Claim.

5.      Admits the allegations contained in paragraph 28 of the Cross Claim.

6.      Denies the allegations contained in paragraph 29 of the Cross Claim.

7.      Denies the allegations contained in paragraph 30 of the Cross Claim.

WHEREFORE, Defendant PCL prays that the Court:

a.   Dismiss the Verified Complaint herein against it;

b.   Dismiss the Western Bulk Defendants' Cross Claim;

c.   Grant PCL's Cross Claim; and

d.   Grant such other and further relief as may be just or equitable.

Dated: New York, New York
          February 20, 2008

Respectfully Submitted,

BLANK ROME LLP

_____/s/_____
Thomas H. Belknap, Jr. (TB-3188)
Brian S. Tretter (BT-6037)
Attorneys for Defendant
PRECIOUS CITIES, LTD.
405 Lexington Avenue
New York, New York 10174
(212) 885-5000