UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

MITTAL STEEL NORTH AMERICA,

               Plaintiff,

    -v-

M/V FONTHIDA NAREE, her engines,
boilers, etc.; WESTERN BULK SHIPPING
ASA; WESTERN BULK CARRIERS HOLDING ASA;
WESTERN BULK CARRIERS AS; and PRECIOUS
CITIES LTD.,

               Defendants.
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

07 Civ. 10587 (DLC)

ORDER OF
DISCONTINUANCE

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    IT IS FURTHER ORDERED that the initial pretrial conference scheduled for August 8, 2008 is cancelled.

    SO ORDERED:

Dated:    New York, New York
          July 30, 2008

                                                      DENISE COTE
                                       United States District Judge